# Supreme Court of Florida

---

No. SC22-574

---

**IN RE: AMENDMENT TO FLORIDA FAMILY LAW RULE OF PROCEDURE 12.200.**

September 15, 2022

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to Florida Family Law Rule of Procedure 12.200 (Case Management and Pretrial Conferences). We have jurisdiction. *See* art. V, § 2(a), Fla. Const.

The Florida Bar's Family Law Rules Committee (Committee) filed a report proposing amendments to rule 12.200. The Committee unanimously approved the proposed amendments, and the Board of Governors of The Florida Bar recommended acceptance by a vote of 36-2-0. The Committee published its proposal for comment prior to filing it with the Court and received no comments. After the Committee filed its report, the Court did not publish the proposal for comment.

Having considered the proposed amendment, the Court hereby amends rule 12.200 as proposed by the Committee. In subdivision (c) (Notice), the following sentence is deleted: "Orders setting pretrial conferences must be uniform throughout the territorial jurisdiction of the court."

Accordingly, Florida Family Law Rule of Procedure 12.200 is amended as set forth in the appendix to this opinion. Deletions are indicated by struck-through type. The amendments shall become effective immediately upon release.

It is so ordered.

MUÑIZ, C.J., and CANADY, POLSTON, LABARGA, COURIEL, and GROSSHANS, JJ., concur.
FRANCIS, J., did not participate.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Family Law Rules of Procedure

Michael V. Andriano, Chair, Family Law Rules Committee, Orlando, Florida, Ashley Elizabeth Taylor, Past Chair, Family Law Rules Committee, Tampa, Florida, Joshua E. Doyle, Executive Director, and Mikalla Andies Davis, Staff Liaison, The Florida Bar, Tallahassee, Florida,

    for Petitioner

# APPENDIX

## RULE 12.200.  CASE MANAGEMENT AND PRETRIAL CONFERENCES

**(a) - (b)**    **[No Change]**

**(c)**    **Notice.** Reasonable notice must be given for a case management conference, and 20 days' notice must be given for a pretrial conference. On failure of a party to attend a conference, the court may dismiss the action, strike the pleadings, limit proof or witnesses, or take any other appropriate action. Any documents that the court requires for any conference must be specified in the order. ~~Orders setting pretrial conferences must be uniform throughout the territorial jurisdiction of the court.~~

**(d)**    **[No Change]**

### Commentary

**[No Change]**

### Committee Note

**[No Change]**